UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER GUERRERO, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 4:24-cv-00057-SRC |
| v. | ) ) ) |
| HENKEL CORPORATION et al., | ) ) |
| Defendants. | ) ) ) |

### Order of Dismissal with Prejudice

In accordance with the Memorandum and Order entered this same date, the Court dismisses this action with prejudice.

So ordered this 30th day of May 2024.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE